IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-98-D
No. 5:18-CV-328-D

| | |
|---|---|
| TASHAWN QWANTREAL THORNE, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For the reasons stated in the government's memorandum of law [D.E. 44], the court GRANTS the government's motion to dismiss [D.E. 43] and DISMISSES petitioner's motion to vacate as untimely [D.E. 39]. The court DENIES as meritless petitioner's motion for leave to file [D.E. 49]. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 24 day of June 2021.

JAMES C. DEVER III
United States District Judge